Adam Blair Corren, SB#183067
LAW OFFICES OF CORREN & CORREN
5345 N. El Dorado, Suite 7
Stockton, Ca 95207
Telephone: (209) 478-2621
Facsimile:  (209) 478-3038

Attorney for Defendant
QUALITY COMMUNITIES, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PEDRO VIRAMONTES, SAMUEL VIRAMONTES, and GONZALO PEREZ, on behalf of a class of similarly situated employees,<br><br>Plaintiffs,<br><br>vs.<br><br>QUALITY COMMUNITIES, INC.,<br><br>Defendant. | **Case No. 2:07-CV-843 FCD EFB**<br><br>**STIPULATION AND ORDER AMENDING SCHEDULING ORDER**<br><br>**Judge:  Honorable Frank C. Damrell, Jr.** |

**IT IS HEREBY STIPULATED** by the above-captioned parties, through their respective counsel, as follows:

1.     On December 7, 2007, Plaintiffs filed a class action First Amended Complaint against the Defendant for alleged wage and hour employment law violations.  On December 14, 2007, the Court issued a Scheduling Order which, among other things, scheduled a trial date of September 15, 2009.  At the time the Scheduling Order was issued, the parties believed that the deadlines contained in the initial order made sense.

2. After engaging in discovery of this case for the past approximately twelve months, the parties are now interested in settling this matter. Unfortunately though, given the economic condition of the housing industry and the Defendant's dire financial health, the parties are unable to engage in any meaningful settlement discussions. Among other things, the Defendant has been forced to drastically reduce its workforce and consider the possibility of filing for bankruptcy.

3. Consequently, the parties submit that the remaining dates contained in the initial Scheduling Order should be continued by at least twelve (12) months in order to allow the Defendant an opportunity to improve its financial situation and allow the parties an opportunity to resolve this matter in a way that benefits both parties. Respectfully submitted, the parties propose that the dispositive motion deadline be re-scheduled for a date no earlier than April 17, 2010, the Pretrial Conference be scheduled for a date no earlier than June 19, 2010, and the trial be re-scheduled for a date no earlier than September 15, 2010. In addition, the parties agree and request that Plaintiffs shall reserve the right to inspect and copy up until the time of trial all documents produced by the Defendant during discovery which were responsive to the Plaintiffs' Request For Documents.

4. The parties having jointly stipulated and jointly moved the Court for a modification to the Scheduling Order with respect to pretrial and trial dates and for good cause shown, it is hereby requested that the following dates shall be substituted for the dates in the Scheduling Order entered on December 17, 2007.

Dispositive Motion Deadlines:

    Filing: March 17, 2010

    Hearing: April 19, 2010

Final Pretrial Conference:

    To be set by the Court

Trial Date:

    To be set by the Court

///
///
///

APPROVED AS TO FORM AND CONTENT:


LAW OFFICES OF CORREN and CORREN   LAW OFFICES OF MALLISON & MARTINEZ


| /s/ | /s/ |
|---|---|
| Adam Blair Corren, SBN 183067 | Stan Mallison, SBN 184191 |
| 5345 N. El Dorado Street, Suite 7 | 1042 Brown Avenue |
| Stockton, CA 95209 | Lafayette, CA 94549 |
| Telephone: (209) 478-2621 | Telephone (925) 283-3842 |
| Facsimile (209) 478-3038 | Facsimile (925) 283-3426 |
| E-mail: correnlaw@sbcglobal.net | E-mail: stanm@mallisonlaw.com |
| Attorneys for Defendant, Quality Communities, Inc. | Attorneys for Plaintiffs |


## **ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefore:

**IT IS HEREBY ORDERED** that in regards to the above-captioned matter, the remaining dates contained in the initial Scheduling Order be continued by at least twelve (12) months. The dispositive motion hearing deadline shall be extended to **April 23, 2010**. The Final Pretrial Conference is reset for **July 16, 2010 at 1:30 p.m**., and the jury trial is reset for **September 21, 2010, at 9:00 a.m**.

Dated: February 27, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE