Adam Blair Corren, SB#183067
LAW OFFICES OF CORREN & CORREN
5345 N. El Dorado, Suite 7
Stockton, Ca 95207
Telephone: (209) 478-2621
Facsimile:  (209) 478-3038

Attorney for Defendant
QUALITY COMMUNITIES, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PEDRO VIRAMONTES, SAMUEL VIRAMONTES, and GONZALO PEREZ, on behalf of a class of similarly situated employees,<br><br>Plaintiffs,<br><br>vs.<br><br>QUALITY COMMUNITIES, INC.,<br><br>Defendant. | Case No. 2:07-CV-843 FCD EFB<br><br>**STIPULATION AND ORDER TO STAY ALL CASE PROCEEDINGS**<br><br>**Judge:  Honorable Frank C. Damrell Jr.** |

**IT IS HEREBY STIPULATED** by the above-captioned parties, through their respective counsel, as follows:

1.     On December 7, 2007, Plaintiffs filed a class action First Amended Complaint against the Defendant for alleged wage and hour employment law violations.  In February 2009, the parties filed a Joint Motion To Amend Scheduling Order as "the parties [were] unable to engage in any meaningful settlement discussions" because "among other things, the Defendant [had] been forced to drastically

reduce its workforce and [was considering] the possibility of filing for bankruptcy." Consequently, a trial date was rescheduled for September 2010, and then on the Court's own motion, rescheduled again for March 15, 2001.

Unfortunately, the Defendant corporation is now presently in the process of being dissolved while simultaneously the Defendant corporation's shareholders are preparing to file bankruptcy petitions. Said dissolution and bankruptcy petitions are expected to be completed and filed no later than January 31, 2011.

2. Considering that said dissolution and bankruptcy petitions are expected to be completed and filed in the next several weeks, the parties propose that all case proceedings be stayed.

3. The parties have jointly stipulated and jointly moved the Court to stay all case proceedings.

APPROVED AS TO FORM AND CONTENT:

LAW OFFICES OF CORREN and CORREN          LAW OFFICES OF MALLISON & MARTINEZ

/s/ ADAM CORREN                                                   /s/ STAN MALLISON

Adam Blair Corren, SBN 183067                         Stan Mallison, SBN 184191
5345 N. El Dorado Street, Suite 7                       1042 Brown Avenue
Stockton, CA 95209                                              Lafayette, CA 94549
Telephone: (209) 478-2621                                 Telephone (925) 283-3842
Facsimile (209) 478-3038                                    Facsimile (925) 283-3426
E-mail: correnlaw@sbcglobal.net                       E-mail: stanm@mallisonlaw.com
Attorneys for Defendant, Quality Communities, Inc.   Attorneys for Plaintiffs

## ORDER

Pursuant to the stipulation of the parties and good cause appearing therefore:

**IT IS HEREBY ORDERED** that in regards to the above-captioned matter, the parties joint motion to stay all case proceedings is granted.

Dated: January 6, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE